to the Supreme Court of Illinois denied. *William Vieaux, pro se.*

No. 418. WADE *v.* NEW YORK. November 15, 1943. Petition for writ of certiorari to the County Court, Westchester County, New York, denied. *William Wade, pro se. Mr. Frank H. Myers* for respondent.

No. 442. MURPHY *v.* MISSOURI. November 15, 1943. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mark C. Murphy, pro se.*

No. 450. MAYNARD *v.* MICHIGAN. November 15, 1943. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Lawrence Maynard, pro se.*

No. 274. BUTLER BROTHERS *v.* NATIONAL LABOR RELATIONS BOARD. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Leland K. Neeves* for petitioner. *Solicitor General Fahy, Messrs. Valentine Brookes* and *Robert B. Watts,* and *Miss Ruth Weyand* for respondent.

No. 380. WASLEFF, DOING BUSINESS AS ALEX WASLEFF BUILDING MAINTENANCE CO., *v.* NATIONAL LABOR RELATIONS BOARD. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Morris A. Haft* and *Ira L. Shapiro* for petitioner. *Solicitor General Fahy,*

*Messrs. Alvin J. Rockwell, Robert B. Watts,* and *Frank Donner,* and *Miss Ruth Weyand* for respondent.

No. 420. AMERICAN DISTILLING Co. *v.* LOS ANGELES WAREHOUSE Co. November 22, 1943. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Theodore H. Roche* for petitioner. *Mr. Allen W. Ashburn* for respondent.

No. 425. JACOBS *v.* HOEY, EXECUTRIX. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David L. Sprung* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 431. DUNNE ET AL. *v.* UNITED STATES. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Osmond K. Fraenkel* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Edward G. Jennings* for the United States. *Mr. Arthur Garfield Hays* filed a brief on behalf of the American Civil Liberties Union, as *amicus curiae,* in support of the petition.

No. 434. SCHAPPES *v.* NEW YORK. November 22, 1943. Petition for writ of certiorari to the Court of General Sessions of County of New York, New York, denied. *Mr. Joseph R. Brodsky* for petitioner. *Mr. Stanley H. Fuld* for respondent.